1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN CALDERON,                          Case No.  1:20-cv-00382-DAD-HBK (PC)

12              Plaintiff,                     VOLUNTARY DISMISSAL WITH
                                              PREJUDICE UNDER FED. R. CIV. P. 41
13       v.                                   (a)(1)(A)(ii)

14    UNITED STATES OF AMERICA,                (Doc. No. 14)

15              Defendants.

16

17

18

19        The parties filed a Notice of Settlement and a Stipulation for Dismissal of Action on

20   March 24 and April 12, 2021, respectively.  (Doc. Nos. 13, 14).  The Stipulation, filed pursuant to

21   Fed. R. Civ. P. 41(a)(1)(A)(ii), states the dismissal is *with prejudice* and each party will bear their

22   own costs, expenses and attorneys' fees.  (Doc. No. 14 at 1).

23        Accordingly, it is **ORDERED**:

24        1.      Pursuant to the parties' Stipulation for Dismissal of Action, this action is

25   dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

26

27

28
                                            1

1        2.        The Clerk of Court is respectfully directed to terminate all pending motions,

2    deadlines, and future scheduled hearings to the extent appropriate and close this case.

3

4    IT IS SO ORDERED.

5

     Dated:    April 13, 2021
6                                                    HELENA M. BARCH-KUCHTA
                                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28